NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

Before PROST, <u>Circuit Judge</u>.

## O R D E R

Tessera, Inc. moves for leave to submit a surreply in connection with the stay motions of Spansion, Inc. et al. (Spansion) and Freescale Semiconductor, Inc. et al. and Qualcomm Incorporated. Spansion opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**AUG 13 2009**

Date

cc: Paul D. Clement, Esq.
    Morgan Chu, Esq.
    Megan Valentine, Esq.
    Carter G. Phillips, Esq.
    Russell E. Levine, Esq.
    Kenneth R. Adamo, Esq.
    Stephen B. Kinnaird, Esq.
    Michael J. Bettinger, Esq.

s17

/s/ Jan Horbaly
Jan Horbaly
Clerk



AUG 13 2009

JAN HORBALY
CLERK

2009-1460 et al.                    2